KU 117

IN THE CIRCUIT COURT OF THE 4th Judicial circuit
IN AND FOR NASSAU COUNTY FLORIDA

HAMZA MALDONADO,
Civil Rights Activist Against
Systemic Racism And Injustice
N.Y.C., Emauel Paulisaint
Plaintiffs

v.

FILED

AUG 2 0 2020

JOHN A. CRAWFORD

CASE No: 20CA222
Constitutional Violations
JURY TRIAL DEmanded

NASSAU County Sheriff's office,
Sheriff Deputy Detective Murdock, Sheriff Deputy Detective Beasley,
Correction Deputy CAPTAIN PAULA J. DeLuca, Deputy Sgt. Edgy, Sgt. Morgan,
Deputy LT. Nye, F.D.L.E. Florida Department of LAW Enforcement, UNITED STAETS MARshals service,
Howard Jone's Anonymous ENMATE, Sgt. Campbell
Defendants

CIVIL ACTION FOR NATIONWIDE RECKONING ON NASSAU County RACISM, Black
Lives MATTER Civil Action to stop Systemic Racism and INJustice, Related to Police, Deputy Misconduct
And Corrupt Jail Policy's. 1st, 4th, And 14th Amendment Due process Violations, Illegal
SEARCH And Seizure, OF Religious property, medical property, SACRED property, RAcial
Discrimination Against Muslims, Violation OF HIPPA Medical confidentiality of the Health
Privacy Security and Electronic Health Records Act of 1996, Denial of Access to court hindering
Plaintiffs Ability to litigate §1512(2)(C) Nature of LAW Suit is Also a Violation of Property Rights
(820), Copy Rights trade mark Documents (840). Illegal Search and Seizure of Attorney-
Client-Privilege-confidential Files, interfering with a federal witness to provide Evidence in
pending Federal and state matters, CONspiracy to hinder and Violate Religious and Civil Rights
IN a pending litigation, This Law Suit is Also being Filed under the TOTALITY of Condition's Theory.

| DEPRIVATION OF RIGHTS UNDER COLOR OF LAW §241 |

MR. Maldonado is Also challenging Nassau's county Rules and Regulations, as un-constitutional, Racially oppressive and
Bias For the purpose of Causing CRIMES and unusual Punishment
Because Detainees have more PRivacy Rights 4th Amendment

COmes Now, The PlaintiFF Mr. HAMZA Maldonado, proceeding pro-se Pursuant to Florida Rules
OF Civil Procedure, brings this civil Action to stop Systemic Racism, INJustice in, Florida Jail and prison
Systems Related to Police and Deputy Misconduct to U.S. Citizens Constitutional and Religious SACRED
Rights, Mr. Maldonado is Familiar with the facts and statements herein After and Seeks This
Honorable courts Indulgence for errors and Fault Pursuant to Civil Practice Laws, And Rules of
The court.

JURISDICTION AND VENUE
The court has Jurisdiction, And the venue is proper because a Substantial part of the events or
Omission giving rise to the claim occurred IN this district. The Action arises in NASSAU County, The defendants
Place of Business is NASSAU County Sheriff's office 77151 Citizens circle Yulee Florida 32097, F.D.L.E
Florida Department of Law Enforcement, P.O. Box 1489 Tallahassee, Florida 32302-1489, And
UNited states Marshals Service 300 N. Hogan street Jacksonville Florida 32202.

*Plaintiff*

## ~~PLAINTIFF~~ 1

Mr. Hamza Maldonado is a 46-year-old man, born and raised in Brooklyn New York, Tompkins projects, 2 blocks from rapper Jay Z (Marcy Projects), a hard knock life and survived. Maldonado's survived a lot of gun violence and hardship. In and out of jail for crimes committed and not committed because of the actions of evil people. Mr. Maldonado is also a book writer of 16 books, from hood to entrepreneur, waiting to be free. Mr. Maldonado is a human being. A father of 8 children (5 girls and 3 boys with five baby mothers), who resides in New York City with Mr. Maldonado and his family. Where he received a High school diploma, went to school for private investigating in New York City (Superior Career Institute, 14th St. 6th Ave.). Also worked as a security guard for Primary Security, Queens, New York, applied to be an auxiliary police officer, applied to work for the Army National Guard, has been on the news for the Hillary Donald Trump election and has a newspaper story working with the fortune society as a counselor (which is an organization for an alternative to incarceration)[1] He further educated his self in other areas of life and who is also a New York City Civil rights litigation advocate[2] His last Civil rights walk was in 2015 for the sister Hijab walk for the respect of woman, Brooklyn NY. Mr. Maldonado is also further educated in matters of civil and criminal law, and is also a paralegal and civil advocate of New

---

[1] www.gothamgazett.com/index.php/open-government/3279-evey-day-is-fathers-day ~~(        )~~

[2] Proof that MR maldonado is A Civil Rights Advocate of NYC ■■■■■■

# DEFENDANTS

Defendant Nassau County is a body politic and corporate, duly organized and existing under the laws of the state of Florida, and pursuant to law is capable of being sued in this court. Defendant Nassau County is responsible for the policies, practices and customs of its Sheriff's Department, as well as, the hiring, training, supervision, control and discipline of its Deputy Sheriffs and jailors; Nassau County is and was the employer of the Defendants and personnel named herein as individual defendants. Defendant Nassau County is also responsible for the operations, practices and totality of conditions of its jail facilities.

Defendant Nassau County Jail is a political subdivision, organized under the laws of the state of Florida. At all times relevant to this complaint, Defendant Nassau county sheriff's office employed Defendants responsible for the violation of the Plaintiffs constitutional rights. The Nassau County Detention Center Is a department of Nassau County. On information, Nassau County receives federal financial assistance as well as financial assistance from the state of Florida.

As such the Sheriff's Office has supervisory responsibility for the policies and procedures of the Nassau County Detention Center and are in accordance with Federal, state, and municipal laws of corrections. At all times relevant to this

1) SHERIFF's office

3 | Page

complaint, defendants, were acting within the scope of their employment and under color of law. Defendants are sued in both their individual and official capacities.

Defendants are persons who engaged in, were aware of, and participated in, and/or directed the acts alleged herein. At all times relevant to this complaint, Defendants were acting within the scope of their employment and under color of law (illegally).

On information and belief, each of the Defendants were, in whole or in part, legally responsible for the denial of Plaintiff's constitutional rights, in violation of the laws complained under herein.

~~_____~~ ~~_____~~ Captain Deluca ~~_____~~ ~~_____~~ ~~_____~~ is ~~_____~~ Resposibile for the officers and the polices of the Jail

Defendants are persons who engaged in, were aware of, and participated in Conspiratorial Retaliation Conduct to violate the Plantiffs legal and protected constitutional Rights to seek Remedy with the court and help others.



4 | Page



York city, Mr. Maldonado is Also an Imam of the muslim community, And has also Conducted Religious Service on the outside and At the Baker county Detention center.

# | Facts and background |

ON 8/11/20 Sheriff Deputy's informed MR Maldonado that His U.S.B Drive would be taking to F.D.L.E. because it Allegedly had Contraband upon it.

1) This contraband These officers claim, is not Contraband because it is Evidence being used in a civil case before Federal and state court Action against Baker county Jail. These Nude Photos were to be prauded in court Discovery and were Exhibits storied On A Legal Flash Drive.

2) This Evidence that deputy's claim is contraband is in Fact Exhibit Evidence For the procecution of MR Maldonado case and to prove currption at Baker county Jail in case # 2020-CA-62, that was Remanded back to state court 8th cir Baker county under Federal case # 3:20-CV-00524 by a motion MR maldonado filed.

3) MR. Maldonado has Filed many civil Action's upon the baker county Detention center For violation's of Human and civil Rights, And the U.S.B Flash Drive Nassau county Sheriff Deputy's illegally Searched with out a court order or consent MR maldounado is A 4th Amendment Violation, Illegal Search and seizure is A Florida constitutional Violation under Article 1 section 9.

4) Sheriff Deputy's Accessed Legal "Attorney Client privilege information", Legal court documents, personal Legal Documents, confidential private Secret Attorney court Documents in civil and criminal on going cases.

5) Nassau county Deputy's, staff, or Sheriff Deputy's and or I.T. had No legal Right or court order to Access Legal U.S.B Drive information No matter what was on it, with out consent or a state or federal court order to do so, Deputy's simply Abused their power and did what They felt like under the color of Law and must be Held Accountable for their illegal and un-constitutional Actions.

6) Sheriff Deputy's Also Violated the Religious practice of MR maldonado muslim Faith by accessing is property and or legal property with out consent to do so. The U.S. and Florida constitutional is very clear on the Religious Rights of United States Citizens and the Racial Injustice and Retaliation because citizens seek Remedy with the court must stop.

1) Footnote: Contraband is a matter for the Nassau county Jail.
A) [Exhibit DRFT motion to make nuda picture Avilable in Discovery.]



7) Sheriff Deputy's took the law in to their own hands by violating MR Maldonado's Constitutional Rights with out consent or a legal court order to do so.

8) MR. Maldonado Entered the NASSAU county Jail on or about 4/22/20 when he was illegally transferred with out Due process and his life was placed in Danger because he was Exposed to the Deadly Coronavirus, the proof and Evindence which happen to be in the form of pictures XXX and Video's was the proof MR Maldonado Need to show in is civil case's, to show and prove Deputy's curruption.

9) When MR maldonado Entered the NASSAN county Jail, his Legal U.S.B. Drive was given to him by staff, and there was No Need to inform Anyone about the legal content of the U.S.B. Because it was protected by Attorney client privilege and MR maldonado had No obligation to tell Any one about the 1000's of court Documents and Exhibits that were stored, No matter its contents it was for legal litigation.

10) Special rules Apply to legal Documents and legal mail from Attorneys and Judicial Government bodies or officials, and there are 1000s of Documents on MR. maldonado's U.S.B. Drive that falls under legal Attorney-Client-Privilege, Things that MR maldonado write's or say to his Attorney or the Attorney say's to him are Secret. The Same Rule Apply in this claim, officials cannot Read your legal mail But they can open it in your presence to inspect it for Contraband. Castillo v. cook county mail Room, 990 F.2d 304 (7th cir 1993). Bieregu v. Reno, 59 F. 3 d 1445 (3rd cir 1995) and this is what the NASSAU county Sheriff Deputy's and the captain did. Access my U.S.B. Drive took print outs of its contents with out a court order or consent to do so and this is A Violation of federal law and there Action's have Also hurt my case Against Baker county and NASSAN county by illegal Search and Serange for the propose or hiden propose to hinder MR maldonado's Ability to litigation in Violation of federal law. § 1512 Tampering with a witness, Victim or an informant (A)(1)(B)(C)(2)(C) the Reason behind Sheriff's Deputy's illegally taking MR Maldonado U.S.B. with out Due process was Among other Facts was to hinder, delay, or prevent the communication of MR maldonado to the United States Judge to stop him from using the pictures as Exhibits in A civil court ongoing proceeding

11) On information and belief MR maldonado strongly believe's that Captain Paula J. DeLuca is involved with Baker county Detention center and Defendants in A Conspiracy to violate MR maldonado civil Rights and to hinder his Access to court, because this is what the Captain has been doing since MR maldonado Entered the NASSAN county Jail

③

④

12) MS. DeLuca has do everything in her power to Deny MR. Maldonado Reasonable Access to court case# 2020-CA-166 Nassau court (4th cir) I caused MR. maldonado to miss Court Dead lines, even when she was given The court order with court Deadline, which is Also A Document and Grievances That was never returned As Required by Law.

13) Then she denied MR. Maldonado Access to court by not allowing him to Access his U.S.B. Drive to File court Exhibits etc, After two months MS Deluca Allowed U.S.B Access, Then she denied access to court by Not Allowing MR. Maldonado to use his U.S.B unless he Agreed to Allow Sgt Edgy and Sgt Hryer hold the Drive under lock and key, Then on 8/10/20 when MR. maldonado Requested his Legal U.S.B. Drive be Returned because The Captain Broke The Legal Agreement The very next Day, MR. maldonado is called out by Nassau county Deputy Fenshell to go see The LT Nye. and when MR. maldonado goes in to The Rosemarie Just to two Sheriff Deputy he is told his U.S.B. is being thrown For Evidence because it now Allegedly has contraband on it, which is Smutive Screen to hide under The color of law will Bradwisit(because NO is going to believe an inmate So Deputy felt They could Just Break The Law and get Away with it, but The time For Racial Justice is now and Deputy will No longer Break The law and get Away with it. The Nassau county Jail and its Deputy are Not Above The law or The protected Constitution Rights of MR maldonado.

14) MR. maldonado is a Humen being and he will not be Racial Retaliated or Discriminated Against because of The civil Action's upon The Nassau county and Bulver county Jail

15) Defendant illegal Search and Seizure of MR. maldonado's legal property was un-constitutional and with out merit or legal Justifyable Probable cause and by Defendants un-constitutional actions, They Violated MR. maldonado Due process Rights, Religious Rights, 4th Amendment Rights and lawyer client-privilege information

16) MR. Maldonado Also believe his life is in Immanent Danger based on the High probability That The Nassau county and Bulver county Jail is Engaged in Conspiratorial conduct to violate The civil constitution Rights and possible caused The Death of MR. maldonado, MR. maldonado has made a medical Request to be tested For Arsenic poisoning based of The fact he Does not have Aid's and his losing weight to Fast when MR. maldonado Entered The Nassau county Jail his weight was 190lb No less The 185lb Related to Bulver county Records That are Also stored on MR. maldonado legal U.S.B Drive But Nassau medical Records have MR. maldonado At 175lb and This is not correct But Nevertheless MR. maldonado weight is Now 162, And The everyday Racism and Discrimination

Cause's MR. Maldonado to Fear For his life.

17) The law and constitution is very clear on the civil Rights of Detainees, Inmates, Citizens § 242 Deprivation of Rights under Color of law

## MEMORANDUM OF LAW

Who ever, under Color of Any law, Statute, Ordinance, Regulation, or Custom, Willfully Subjects any Person (MR. Maldonado is a person) in any State Territory, Commonwealth, Possession or District of the deprivation of any Rights, privileges, or Immunities secured or protected by the Constitution or laws of the United States etc... shall be Fined under this title or imprisoned.

18) Sheriff Deputy's Violated MR. Maldonado Constitutional Rights by illegal Search and Seizure of privilege Attorney-Client information Related to Civil and Criminal matters that are ongoing at this very moment in the State of Florida and New York City In Federal and State courts.

19) Sheriff Deputy's did not produce or Display a warrant or court order that would Allow them to, take MR. Maldonado Legal U.S.B. Flash Drive without Legal consent Nor did MR. Maldonado Agree to Allow Access to the Drive's Legally protected contents.

20) Sheriff Deputy's or Also in Violation of FL LAW § 815.06 (2)(a) Deputy's Access or Caused to be Accessed MR. Maldonado's Electronic Legal U.S.B. with Knowledge that Such Access was unauthorized and the manner of use exceeds Authorization.

21) Sheriff Deputy's had No Authority or Authorization to Access MR. Maldonado's U.S.B. and by Accessing this Attorney-client-Privilege legal information they Violated MR. Maldonado Constitution Rights, to Due process of Law, The Due Process Clause of the 14th Amendment prohibits a state from depriving" any person of life, liberty or property with out Due process of Law, there must Due process before Deputy's does something that Can harm you. by taking MR. Maldonado's U.S.B. Drive with out his consent or court order has caused harm to MR. Maldonado Civil Actions and criminal case before the U.S. Appeal courts in the 2nd Cir Nyc. and The 11th Cir FL Deputy's gain Access and printed the Contents of MR. Maldonado U.S.B. Drive with out consent. ~~Mr. Maldonado's~~ Mr. Maldonado's U.S. 4th Amendment 14th amendment, 1st Amendment, Civil Rights were Violated with out JustiFyAble Cause, Deputy's Also Violated F.L. Constitution Article 1 Section 9, and Attorney-Client-Privilege information.

⑤

22) Deputys also Violated Mr Maldonado's Religious Rights As well, under Mr maldonados Religious pratice his property is "Sacred" with extreme prejudice, No person Can go through A muslims legal or personal property [U.S.B.] or Any other property without Mr maldonado's permission, policy and Law does not cover Ride the legal protected constitutional Rights of U.S. Citizens, A muslim property is Sacred [See Al-Baqura Noble Quran Footnote 2:119] No one may Rummage through a muslims property with out consent. This Rule is well known and Figh.

23) The 2nd Circuit has also stated that pretrial detainess retain a limited expectation of privacy under the 4th Amendment that protects them from Searches. This means that the Jail and or Nassan county sheriff Deputy's cannot Search your cell or legal property or U.S.B. Drive, by Reasonable Extension looking for evidence to use Against you, and this is exactly what sheriff Deputys and or Defendants did and by Doing so they Violated the Constitutional Rights of Mr maldonado (United States V. cohen 796 F.2d 20 2nd Cir 1986) This Analysis as to liberty parrallels the accepted due process Analysis to property.

24) The court has consistently held that some kind of hearing is required before A person is deprived of his property (Wolfe V. mcdonnell, 41 LED2D 935, 418 U.S. 539 The picture and files on the U.S.B. was Evidence in a pending Civil litigation in federal and state court to be made in Discovery and Nassan county sheriff Deputys had No legal Right to take Attorney-Client Privilege information, there was no hearing Mr maldonado was simply told were taking your U.S.B. and Sending it to F.D.L.E. So you can stop asking about it.

25) Defendants have now gained An Advantage by Reading and illegally taking legal property, with court confidential legal material, and by Doing so, caused Actual Injury (Cody v. weber, 256 F.3d 764 8th Cir 2001)

26) Furthermore Sgt Edgy and Sgt Hiyeri were Responsible For keeping Mr maldonado's U.S.B. Flash Drive Safe under lock and key on the orders of Captain Paula J. DeLuca, Mr maldonado Also believes Defendants have also Retaliated Against him because of All the Various complaints Against Nassau County Deputys For Racist and Religious Discrimination Along with the every Day Denial of Access to court [Exhibit B-3] Not allowing Mr maldonado to help other

2)[Exhibit B, Noble quran]



to help other Detainees write legal Documents, After already Allowing it
then illegal Denying it, in violation of Johnson v. Avery, 383 U.S. 483
1969) The U.S. Supreme court held the ~~that~~ Jails / Prisons cannot stop
prisoners from helping each other write legal documents, Not only Does Captain
Deluca violate MR Maldonado access to court everyday She also Denys
other inmates from Helping each other in the Law Library That's out of
Date and when inmates ASK Deputys For the Help of MR. Maldonado
they are told No, Not that Guy Holland is the Deputy That said this.
~~to~~ Captain DeLuca, has also Read MR Maldonado's Legal Document At will Related to
court orders, Power of Attorneys, and legal Documents without legal Right to do so *)

27) Furture more Defendants and or sgt ~~Edge~~ Edgy or Sgt Hiyeri
or captain Deluca Had NO Legal Authorization or Authority
to give MR. Maldonado U.S.B. Drive to, Detective's, Murdock and
Bensley with out writing consent, in by Doing so Defendants
Violated, (HIPAA LAW Related to medical Records) Attorney - client -
privilege civil and criminal information, Violated MR, Maldonado's
muslim Faith Religious Rights, muslim property is sacred and may, Not
be touch or taken with out consent, Violated MR maldonado property
Rights under (820) Federal code For Nature of Law suit
~~820~~ and Copy Rights trademark Documents under Federal code 840
Nature of claim, MR maldonado is also a Book writer and The U.S.B
also had the only legal copy of his Book ~~820~~ (Exhibit B - 4)

28)                 MEMORANDUM OF LAW
                Florida and U.S. Consitution
The Plaintiff is a Sunni muslim And Following The Qur'an And Sunnah
The religion of Islam is recognized, World wide, As a valid religious
practice with over 1 Billion Adherents. Therefore, the Plaintiff has a
Clear legal right under the U.S. And Florida constitutions. The 1st Amendment
to the U.S. Constitution state:


A) (Exhibit HIPPA)
Fatnote
4) the 4th cir court clearly Sent A manila Envelope and a Box of court Summon's and legal
Document For MR maldonado only and MS. Deluca keep them in her office For A week
Read them, and it wasn't till the court clerk told me She Sent it on 7/29/20 That they were turned
over

Congress shell make No law respecting An Establishment of Religion, or prohibiting the free exercise there of... Art 1 s 3 of the Florida Consitution states "There shell be no law respecting the Establishment of religion or prohibiting or penalizing the free exercise there of....." The ████████ PLAINTIFF was Prohibited from protecting his legal property, and denied his constitutional (Protect Right) A muslim's property is sacred, And Defendants violated that sacred Religious Right by illegal access and taking A legal U.S.B. Drive Related to on going civil and criminal matters before the United state 2ND CIR court of appeals New York City along with state and federal action in the state of F.L. and N.Y.C. along with mr. maldonado medical Documents, and Attorney-client - Privilege information, this is a ██████████ MAJOR ████ Violation of HIPPA LAW, Religious Violation's Among other constitutional Violation's in this complaint.

29) Defendants penalized and prohibited MR. maldonado from the exercise of his Religious Right to protect his property (U.S.B Drive) which is Sacred, and The Fabricated ██████ the Defendant gave was Introduction of contra band, and this claim is without merit, for the Simply legal fact these picture ████ were clearly ████ ████ Evidence inside A MANILA ██████ ██████ ENVelope Addressed to the U.S. Disrict court marked Legal mail these Documents were part of AN up coming Discovery Discloser to show and PROOF Baker County Deputy Corruption. Deputy's were bringing in XXX picture's and XXX Videos and placed them on the Law Library Computer and when MR maldonado was going to Expose the Dirty Deputy's and contact the the Department of Justice which he did the Baker County Detention Center illegal transfered MR. maldonado from Baker County to NASSAU county with out Due process of LAW Exposing MR. maldonado to A Conora Virus possible infection when the Jail was on medical lock down, (Please see case # 2020-CA-71) And upon A Attorney Visit from federal Attorney ms. Lisa call she informed MR. maldonado ██) That she was transfered because of Law Suite which is a clear Violation of Due process of LAW, MS. call also stated MR. maldonado has ████ made A lot of ENemys in our state of Florida because of Law suits (Exhibit B-5)

30) And Based on the Facts provided by Federal Attorney MS. Lisa call MR. Maldonado believes he is (Life Danger) and his life isn't Risk Because He is A Civil Rights Activist Against Racism and Systmic Injustice in ~~corp~~ ~~corrup~~ Detention center That Break The law and then hide under the color of LAW.

31) MR. Maldonado strongly ~~~~ believe's NASSAU county Jail and Baker County Jail and or Both Sheriff's office's are working together to Violate MR. Maldonado's Religious and Constitutional Rights, by hindering his Ability to litigate His civil Law's suits Against NASSAU county and BAker county.

32) ever since MR. Maldonado entered to NASSAU County Jail After Filing A 627 page law Suit Against Baker county Captain DeLuca has Done every thing in her power to hinder MR. Maldonado's Ability to meaningfully litigate his civil and criminal case. eAuse by Not Allowing Law Library Access when Needed, Denying Legal Copy's to be made For court motion Filing's, Not providing Needed case law So that MR. Maldonado can Fully Reply to Adversary motion's, and her Action's Along with her Deputy's Action Of Not providing ~~Needed~~ Needed Law Library help Do to INAdequacy of Access to the Law Library has also cAused MR. Maldonado Actual Injury (Benjamin V. Werik, 102, F. Supp 221 (S.D.N.Y 2000).

33) It is Also The common pratice of captain DeLuca to Read Inmate's legal mail and Documents, And she Allows her Deputy's to open Legal mail with out the Detawee being present, Legal mail has come to MR. Maldonado opened, and many other Inmate's (See Exhibit B-6) which is A 1 Amendment violation, Deputy's Also send mail and or legal mail Back to Sender with out providing Notice to Inmate's which is a Due process Violation of Law "A prison/Jail must follow Special procedures to censor your mail. You must be Notified if a letter addressed to you is Not Sent. Your right to be Notified is a "Due process" right, Recognized by Procunier v. Martinez, 416 U.S. at 419-20, Bonner v. outlaw, 552 F. 3d 673 (8th cir 2009) MR. Maldonado Legal mail Along with other inmates/Detawees have been sent Back to family member's with out Due process Notice to Detawees, This illegal pratice is also ~~Racial~~ Racially Discriminating more to Black Inmates.

34) It is also A common illegal practice of Deputys, Nassau county Correctional Deputys to conducte retaliatory searchs, and or cell serch's with out Detainees being present while Deputy's search thru, Detainees Legal Documents, During these cell searchs Deputy's leave legal work in disarray and by not allowing detainees to be present while Deputy's go thru legal mail is a 1st Amendment violation, not only Do Deputy leave cells in Disarray thay also take Item's that Dont belong to them, like Legal case work, Postcard's for family members, and book's that Dont Belong to the Jail These are Just some of the Violations MR and Maldonado and other Detainees/Inmates have witness have complined about ~~████████~~ and the Systemic Racism and Discrimination At the Nassau county must stop and come to an End.

35) The time for change in All of the U.S.A. must start not Just on the outside but on the inside to. For year's and year's All Jail's /or prisons try there Best to stop the public from learning about illegal Activits and Human Rights violation in A Correctional setting, And As U.S. Citizen's we can no longer allow Dirty cop's or correction office Violate the Law or the constitutional Rights of Any one whether there incarcerated Or Not we are All still Human being's and must be Respected as So.

36) Defendant's must be held accountable for breaking the Law and the protected Constitutional and Religious Right of MR. Maldonado, Defendant's took, Accessed, ~~████~~ copied, U.S.B Documents with out legal consent or a court order to do so. Thay took Attorney-Client privilege legal information, Civil and criminal court Documents, and 100's of medical Documents with out consent or medical Authorization to do so, and in by Doing so Violated MR. Maldonado Religious practice and [HIPPA Law] MR maldonado Did Not sign Any consent ~~form~~ to Release medical Documents contained On MR. Maldonado Legal and U.S.B. medical Drive. And MR. Maldonado will do everything in his power to make sure this case gets ~~████~~ GLOBAL Attention for the illegal and un-constitutional Acts of Nassau county office there will be no more cover up's, ~~████~~ hiding Behind color of law and committing crimes Against Human being.

37) MR maldonado's muslim Religious Right's must be Respected, Jail policy, and F.L. Law Does will come before MR Maldonado's protected U.S. Constitution Rights. The U.S. CONSTITUTION OVer Ride's the state constitution, and both state and U.S. Constition come before Law and Jail policy. This is the Law of the Land and the court must Honor OUR U.S. constitution Rights, correctional System have abused their power's long ~~████~~ enough, And it time for the courts to Do what's Right's For the Incarcerated Human being.

38) Its time for systemic Racism and Injustice in the court system
to do what the U.S. people elect them to do up hold the law
and the U.S. Constitutional Rights of All U.S. Citizen's incarcerated
or not, the hands of policy of courts Not to tell correctional Jails/
prisons ~~what to do~~ what to do must end.

39) Florida State and correctional Jail and prisons are the
most Racsit in the U.S.A. and this is werldly known, and
the Nassau county Jail is #1 when it comes to Religious and
Black Discrimination and this type of Human behavior is un-constitutional.

40) The world and the U.S.A. wants Racial Justice, Police and correction
Reform and ~~Systems~~ for systemic Racism to stop, even in our
court systems, Systemic Racism and Injustice plays apart in civil
and criminal cases. and this type of pratice must stop, The Defendants
must be held Accountable for their illegal Action's against MR. Maldonado
and for Breaking the law under THE color of ● Law. No one is
Above the law or the U.S. Constitutional Rights of U.S Citizen's.

41) MR. Maldonado is Not An Inmate, and was Not born with the name Inmate
he ● is A incarcerated Human being with God given Rights Along with extra
U.S Constitutional Rights that protects "Attorney - Client privilege Legal information,
Religious Rights and (HIPPA medical Documents) Defendant's had NO legal
Authorization to inhire Legal and medical ~~information~~ Documents storied on
A ~~one~~ Legal Electronic U.S.B Device's protected by HIPPA Law and
Attorney - Client privilege information No matter what it's contents it was
legal, even MR. Maldonado's copyright books storied on the U.S.B. are copyright Protected.

42) Defendants must be held Accountable. F.D.L.E. will also be named
A Defendant, because by the time this court gets this claim F.D.L.E will
have illegal accessed MR. Maldonado legal U.S.B. with out legal Authorization
or a legal court order to do do, Defendants said there were sending the U.S.B.
to F.D.L.E to be illegally accessed, and by the time F.D.L.E learn's what has
happen they will have already violated MR. Maldonado Constitutional Rights of
Due process.

43) Furthermore (emphasis added) No matter were MR. maldonado had his medical Records placed or stored weither it was on an Electronic device or a File Drow, sheriff Deputy's murdock, Beasley had NO legal Right or medical Authorization to take mr. maldonado, medical Records, protected Attorney-Client-Privilege Legal information, and medical and CONFIDENTIAL Documents.

44) The U.S.B. was Never used in the commission of a crime, nor was it used to commit a crime, the U.S.B. was legally Allowed in to the nassau County Jail, and the contents of the U.S.B. Drive are of Legal information Related to ongoing state and federal case's in Florida and New York city Deputy's stated there were taking the U.S.B. Drive to F.D.L.E to have it scaned, and in by doing so, F.D.L.E will have violated the privacy Rights under the 4th Amendment, the of MR maldonado, the 2nd Circuit has stated pretrial detawees retain a limited expectation of privacy under the 4th Amendment that protects them from Searches. This means that, Jails, Deputys, F.D.L.E cannot not search your property by reasonable extension Looking For Evidence to use Against you in trial or pending Litigation. United States v. Cohen 796 F. 2d 20 (2nd cir 1986) this Analysis as to liberty parallels the accepted due process Analysis as to property.

45) Defendants had NO legal Right or Authorization to illegally Search and seizure of court Legal Documents, medical Documents, Attorney-client Privilege legal information, copy Right protected Book's, and Personal Related legal information with out a court order or the consent of MR. maldonado Defendants must be held Accountable for these illegal and Racist Discrimantory unconstitution Actions Along with the violation of MR. maldonado Religious Faith and pratice, A muslim's property are "SACRED" and cannot be rummage through or taken with out consent. Deputy cannot Just say they didn't NO, Not knowing Doesn't Allow a person to not be charged for Breaking the Law and the constitutional Rights of U.S. Citizens, the United States marshal's service is named a Defendant because they took illegal possession of mr maldonado's medical and attorney-client legal information with out legal authorization. Where Fore MR. Hamza Maldonado, civil Rights Activist N.y.c. Respectfully Request the court to order the return of MR maldonado, medical and Legal property (U.S.B Drive) Fore-with.

Hamza Maldonado
Civil Right's Activist
New York City   8/13/20

## Claim Against 1st Amendment Violation

Inmate Howard Jones (Anonymous Inmate), Interfering with a court Discovery Evidence, ~~tem~~ tempering with U.S. Postal Legal mail clearly Addressed to the United States court of clerk 300 N. Hogan St In (Menila Envelope)

Inmate Jones's stole Legal court Document in The form of XXX picture to be used in A Federal and State court civil matter before FL courts.

Inmate Jones's lied to Nassau county Deputy's stated he Got the pictures from me, when in fact he took Them with out consent and then tred to sell Them to Inmate Steven M. Smith #7735¢, which Smith Refusd to buy.

And when Deputy's found out Inmate Jones's has pictures OF An XXX Rated contents he ~~to~~ lied and made up The Story.

Inmate Jones only became ~~aware~~ OF MR. Maldonado XXX Rated Evidence because he was being nosy. MR. Maldonado Explaned it was court Evidence Against Dirty correctional Deputy's At Baker county and was being used in my civil court ~~to~~ Discovery motion.

Inmate Jones is in Violation OF MR. Maldonado consitutional Rights by ~~his~~ Interfering with MR. maldonado's Access to court, Federal Law (1512) (2)(C) Hindering someone's Ability to provide or communicate with a Federal Judge thru Discovery OF Evidence, Inmate Jones's Also stole Property Not belonging to him A Violation OF FLORIDA state 951.23 (10) Stealing (theft), Lying and providing False statements to staff

Inmate Jones's has Also Violated MR. Maldonado Relligous 1st Amendments Rights and Muslim Faith by Stealing Legal property Not Belonging to him with out Legal consent In Islam and The pratice of the muslim Faith No one may look thru or thru A muslim property with out consent. (The property is The Manila Legal Envelope with ~~XXX~~ X- ~~R~~ Rated picture court Exhibits to prove MR. Maldonado's civil case, No matter the Jail policy it Does not Apply to court Evidence being use in A Legal civil court and criminal matter.

Claim Against

Sgt Campbell Female Deputy of Nassau
County Night tour 6pm to 6am

Is Also being Sued For 1st Amendment violation's, and 1st ~~amendment~~
Amendment Religious Violation's of the muslim faith (Sacred property)
Ms Campbell Violated MR Maldonado's Religious practice by illegal
Search and Serzure 4th Amendment violation.

Religious Violation: No one my Search thru muslim property or take it
with out consent.

Jail policy Does Not override MR. Maldonado constitutional Rights, or
Due process of Law, No one can take muslim property with out consent
this is A Serious Violation of MR Maldonado Religious Rights,

Ms. Campbell take a picture of MR Maldonado with out consent, Based
upon A theory of how he allegedly Got it with out proof to back it
up her Action's were ~~sexx~~ Racially motavated and Bias, for the purpose
of Retaliation and Discrimination Against Black muslim

[ Please See Exhibit 221 ]

Furthermore: IF F.D.L.E Does not illegal Search MR. maldonado U.S.B
Legal and medical Drive, than Mr. maldonado consents to Dropins them
from the Law suit.

1. Please fill out the complete form.
2. After completion please seal it in the attached envelope.
3. Hand deliver the envelope to the Human Resources Department, or mail to the Internal Affairs Office.



# *Nassau County Sheriff's Office*
### Sheriff Bill Leeper

## EMPLOYEE COMPLIMENT - COMPLAINT FORM

| Nature of Incident/Event: Violation of Religious faith muslim property 1st amendment violation, threating to hinder Access to court by taking legal documents etc | Complaint #. (Assigned by Internal Affairs) |
|---|---|

### Sheriff's Office Employee Information          Citizen Information

| Employee's Name and ID# (if known) Sgt Camble | | | | | Citizen's Name (First, MI, Last) Hamza Maldonado #75976 | | |
|---|---|---|---|---|---|---|---|
| Race W | Sex F | Height | Weight | Age | Home Address Nassau County Jail | | |
| Other Identifying Characteristics | | | | | City Yulee | State FL | Zip Code 32047 |
| Vehicle or Tag # N/A | Vehicle Model N/A | In Uniform Yes. | | Race B | Sex M | DOB ███████ | |
| Employee Vehicle Description (marked/unmarked) N/A | | | | Home No. N/A | Business No. N/A | Cell No. N/A | |
| Location of Incident/Event Nassau County Jail | | | | Name of Witness The whole Dorm and the C.C.T.V. | | | |
| Date of Incident/Event 6/8/2020 | | Time About 9pm | | Witness Address (City, State, Zip Code) Nassau County Jail. | | | |
| Today's Date & Time 6/8/2020 10pm | | | | Witness Phone Number(s) Nassau County | | | |

Explanation of incident/event, listing additional witness and employees. List names, address and phone number of all additional parties.

On 6-8-20 A Retaliation Cell Scrench was done in caco only because of Mr. Maldonado asked legal questions. When Mr. Maldonado Returned to his cell it was left in Disarray Legal work was gone thru and Read illegal with out a court order, Sgt Camble also stole a picture of Mr. Maldonados that was on the wall not only did she take property not belongs to her but by doing so Violated Mr. Maldonados muslim Faith and constitutional 1st Amendment Right, by entering

EXHiBiT
221

CC: U.S.m. Service
and attorneys



# *Nassau County Sheriff's Office*

### Sheriff Bill Leeper

<u>Nassau County Sheriff's Office</u>
<u>Employee Compliment/Complaint Form</u>
<u>Narrative Continuation Sheet</u>

Continue explanation of incident/event. "There are also Due process
Violations, taking property with hearing and due process of law

C200 Cell 134 with out MR. Maldonado being present. It is a 1st amendment
Violation to go thru a Detainees Legal mail and Document with out the Detainee
being Present. This was a Retaliatory Search in Violation of case law Petithaven
Vs. Robert O. McDowell, 414 US 539, ₉₁₆ LEd 2d 935, 94's ct 2963 (no. 73-679)
Furthermore. MS. Camblble threaten to hinder MR. Maldonado's Ability to
Access to court by taking his Legal work and Documents away, she has
No legal Right to do this, and it is a crime to threaten or intimidate A
Federal witness in any way let alone to try and hinder his ability to
Litigate 18 U.S.C. 1512 (A)(2). This office is also the one who opened
MR. Maldonado's out going legal mail after office workers gave him
OK to Seal it, which is a violation of Federal Law, Inmates also
Sting this office also opens out going legal mail all the time, and
even Destroys mail when you feel like it. I also address the issue with
office Jm Blount about 10pm and he started being aggressive in a threating
manor, and stating he would come back to search Rm1 200 this time which
would be A Retaliatory Search and Constitution violation, both officer give the
Impression that don't like black people or muslims, my Attorneys will be notified.

Signature: *Hamza Maldah*          Date: 6/8/2020

221

# CONCLUSION

AT THE END, OF The Day "NO JAIL Policy or Florida Law OVerRides or comes before MR. Maldonados and or Plaintiff's Rights. to the U.S. CONSTITUTION, or the Right to Medical privacy Rights, or Religious 1st amendment Right and the SAcred pratice of one's Faith, or the protection OF Attorney-Client-privilege information, No matter the contents of MR. Maldonado's U.S.B. Flash Drive it was legal, the U.S.B it protected by HIPPA (EHR) because medical Documents Are stored on them to it falls under the protection OF HIPPA Federal Law the Act OF 1996, the U.S.B Also Falls under Attorney-client-privilege, and cannot be Accessed with out consent or MR. maldonado being present, The U.S.B. Also Falls under MR. Maldonado Religious property SAcred Rights protection Also protected by the 1st and 4th Amendment, and Due process Rights. by Defendants, Access, taking, and having possession OF MR. Maldonado U.S.B, with out written medical consent, or Religious consent, they have Violated Federal and State Laws and the constitution protected Rights OF MR. Maldonado A United States Citizen, A Real Human being, incarcerated OR Not Plaintiff's still have Rights

The part OF the Law Defendants Need to understand is : EVERY PERSON who, UNDER THE COLOR OF ANY STATUTE, ordinance, Regulation, CUSTOM, OR USAGE, OF Any State OR Territory or the District of Columbia Subjects, or Causes to be Subjected, Any Citizen OF THE UNITED STATES or other person within the Jurisdiction thereof to the deprivation OF "Any Rights", Privileges, or immunities Secured by the party Injured in AN Action at Law, Suit in equity, or other proper proceeding for redress... (All the constitutional Rights in this complaint, the Defendant have Violated everyone OF them under the color OF Law and must be Held Accountable there will be No Immunities Argument for the Defendants and IF so it would be with out merit, because The U.S Constitution Does not state IF A U.S Citizen become's incarcerated, Deputys, Police, U.S.M.S. have the Right to Violate HIPPA Law, Attorney protected Legal Documents, and/or hinder or temper with court Evidence.

Plaintiff's Respectfully Request the court to order Forthwith Return OF the U.S.B and charge Defendants with civil Rights violations, Federal Law Violations and Police misconduct in the Highest Form under the Law the time for systemic Justice and Racial Justice is NOW It's time for police and correction Reform

# PRAYER FOR RELIEF

The Plaintiff's there fore respectfully requests the court enter A Judgment Against including, but not limited to: ordering the defendants to cease and desist all Retaliation and illegal - un constitutional acts

A. Punitive damage's in the Amount of $150,000.00 Against each defendant

B. Compensatory damages for emotional pain and psychological suffering in the amount of $150,000.00 Against each defendant

C. Nominal damages in the Amount of $150,000.00 Against each defendant

D. Compensation for time and labor to Ready this form in the amount of 5,000.

E. Actual injury claims for taking, Reading and accessing Plaintiffs confidential legal Attorney - Client - Privilege Legal information Related to on going Legal Criminal and Civil matter's in Federal court and State court, and possession of MR. maldonado medical Record's with out Legal consent or Authorization in violation of HIPPA Law in the Amount of $500,000.00.

G. Costs and reasonable Attorney fees; and

H. Such additional and further relief as the court deem Just and equitable

I. Plaintiff seek's Jury trial on all triable by Jury

J. Plaintiff also Request the court appoint immediate counsel due to the Nature of this claim

H. Plaintiff also ask's to court to order Defendant's to learn Basic muslim faith pratice's so that the Religious Rights of male and Female muslim are NO longer Violated, And to Stop all Form's of Racist And Religious Discrimination, and to order The Nassau county Jail to allow muslim Religious service on Jummah Friday.

L. to order Nassau county Internal Affairs unit to Reply to MR. maldonado Citizen complaint form's that have gone un ANSWered Since 5/2020

MEMORANDUM OF LAW

The words carved into the United state Supreme court; Equal Justice under law It Does not Discriminate between inmates and Humanbeings that are still humanbeings. and U.S. Citizens Mr. mal dando must have Due process of Law

# IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT IN AND FOR
## NASSAU COUNTY FLORIDA

[29] Notwithstanding the fact that under current case law, no officer may conduct a cell search of legal court documents without the detainee of that legal property being present. ████████ was not present when ██████████████ conducted his retaliatory search. ████████████████████ of U.S.B. Drive ███████████████████████████████████████████ (41 LED2D 935, 418 US 539 WOLFF v McDONNELL CHARLES WOLFF, Jr., Etc., et al., Petitioners, vs. ROBERT O. McDONNELL, Etc. 418 US 539, 41 L Ed 2d 935, 94 S Ct 2963 [No. 73-679] Argued April 22, 1974. Decided June 26, 1974). (No Fourteenth Amendment due process right of access to the courts, nor any First or Sixth Amendment rights of a prisoner, are violated by a procedure of a state prison whereby prison authorities open, **in the presence of the prisoner,** mail from the prisoner's attorney.)(emphasis added) ████████ legal mail and documents were gone through without ████ being present therefore this is a 1st Amendment violation. Mr. mal dando medium and legal U.S.B Drive Should have never been Accessed with out Legal counsal or court order (End of star )

# APPENDIX OF EXHIBITS

[28] (Johnson v. Avery, 383 U.S. 483 (1969) the Supreme Court held that the prison could not stop prisoners from helping each other write legal documents. It does not matter if they are male or female, jail/prison policy does not overrule the Supreme Court or the Constitution of the United States

## CIVIL RIGHTS OFFICE OF GLOBAL SOULJAH HAMZA
## BROOKLYN, NEW YORK
## PRO-SE ATTORNEYS OF RECORD

[20] The second circuit has also stated that pretrial detainees retain a limited expectation of privacy under the 4th Amendment that protects them from searches. This means that jails cannot search your cell or USB flash drive or by reasonable extension looking for evidence to use against you in trial or pending litigation in a civil action, ████ ████████████████████████████████████ (United States v. Cohen 796 F.2d 20 (2nd Cir. 1986) (This analysis as to liberty parallels the accepted due process analysis as to property. The Court has consistently held that some kind of hearing is required at some time before a person is finally deprived of his property, Wolfe v. McDonnell, 41 LED2D 935, 418 US 539

[21] This information was supposed to be forwarded to the Department of Justice

[22] In case he was harmed or killed ████████████████████████████

[23] An analogy and example is similar to unrequested coitus. Such as, a phallic member entering another person with complete disregard for their consent. Or any legal medical reason that would still need permission. The defendants took and did what they wanted without any due process to the alleged stated (████████████████ containing legal information, attorney client privilege, ████████ protected by ████████ privacy laws. (without a state or federal court order). Correction or staff members are not police officers notwithstanding the fact a police officer cannot access any ████████ without a court order or the owner's permission. Related to medical and Attorney protected Documents

[24] Defendants have now gained an advantage by reading the plaintiff's ████████ confidential legal material. By doing so caused "actual injury" (Cody v. Weber, 256 F.3d 764 (8th Cir. 2001)

# MEMORANDUM OF LAW

▓▓▓▓▓ (pursuant to section 768.28(9)(a), Florida statues)

(9) (a) No officer, employee, or agent of the state or of any of its subdivisions shall be held personally liable in tort or named as a party defendant in any action for any injury or damage suffered as a result of any act, event, or omission of action in the scope of her or his employment or function, unless such officer, employee, or agent acted in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety, or property. However, such officer, employee, or agent shall be considered an adverse witness in a tort action for any injury or damage suffered as a result of any act, event, or omission of action in the scope of her or his employment or function. The exclusive remedy for injury or damage suffered as a result of an act, event, or omission of an officer, employee, or agent of the state or any of its subdivisions or constitutional officers shall be by action against the governmental entity, or the head of such entity in her or his official capacity, or the constitutional officer of which the officer, employee, or agent is an employee, unless such act or omission was committed in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety, or property. The state or its subdivisions shall not be liable in tort for the acts or omissions of an officer, employee, or agent committed while acting outside the course and scope of her or his employment or committed in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety, or property.

Defendants acted in bad Faith, with malicious purpose in A manner Exhibiting wanton and willful disregard of MR. Maldonado civil Rights when they Denied him Due process of Law, By confiscateing MR. Maldonado's Legal U.S.B. Flash Drive, with out consent or A court order to do so, the USB, was clearly marked legal, and what ever on it, is legal and protected by Lawyer-client-Privilege, Defendants illegal took medical Document, which Requires a court order, personal TAX Documents, TRADE MARK Documents in violation of (840) and (820) Property Rights, Defendants also took Legal court Documents Related to on going civil and criminal court case's pending before Federal and state courts in the State of FLORIDA and New York city Defendants Access (Confidential) APPENDIX case # 19-2615-PR, Defendants Access 1000s of Legal Document and Had un-Authorized Access to Attorney-Client-Privilege Information and Access to 100s of confidential medical Documents, MR.maldonado Did not consent or give Defendants Authorization to Access his Legal and medical Information Legally stored on his legally purchase Flash Drive From Keefe Commissary on 6/12/2019 At Baker county Jail, order 12877230 Item # 902 [Exhibit C] Deputy cpl crews Female office was the one who had MR. maldonado sign for his U.S.B. Furthermore Defendants Are in violation of HIPAA Law by Access or having Access to Southern Correctional medicine Records with out consent or Authorization for Release of information medical Records Related to patient Maldonado were stored on the U.S.B. And Defendants violated, MR. maldonado constitutional, 1, 4, 14 Amendment and Religious Rights and Attorney-client-Privilege Legal information when they took MR. Maldonado U.S.B. with out A court order, or medical Release Authorization consent Release. (see Exhibit B-1 Example medical Form ] MR. Maldonado never give consent to Release medical Records to Defendants, And Detective murdock, and Detective B easley, the court must order the Return of MR. maldonado's Legal and medical U.S.B Drive

_____        Hamza Maldonado
(Signature)                    Printed Name

State of FLORIDA
County of Nassau

The foregoing instrument was acknowledged by me this ____ day of Aug 2020. By: _____ who is/are personally known by me or who has/have produced: _____ as identification and who did not take an oath.

/s/
Notary Public
State of FLORIDA

(SEAL)                         My Commission Expires:

## As to the Detail claim

Against Sgt Edgy, Captain Deluca, Lieutenant Nye, These Deputy's illegal accessed MR. Maldonado U.S.B. Drive without A court order, or medical Authorization to do so. In Ref to Folder 99 with 20 videos and pictures (This is trial Evidence against Baker county Detention center and The proof He needed to prove Deputy corruption and the Baker county center, and was Save to MR. Maldonado U.S.B. Drive to be made Avilable in court Discovery.

The captain had No legal Authorization to instructed Any one to Retrieved MR. Maldonado U.S.B. Drive which is protected by Attorney-client Privilege, HIPPA medical Law, and MR. Maldonado's muslim Religious Faith

No matter what was on MR. Maldonado it was Never to be accessed with out him being present, and AS Far AS A Anonymous inmate Advising That The photos came from inmate Maldonado is A lie I never give inmate Howard Jones Any picture's he stole these Documents out my cell, and The manila Envelope was clearly mark Legal mail Addressed to The court of clerk, These were court Exhibit About to be Filed in Federal, and State court civil case's # 3:20-cv-00542, State case # 2020-CA-62

Incident Report DR # 2020-00000971 (Exhibit 22) proof That Nassau county Deputy's Accessed MR. maldonado legal U.S.B. Drive with out consent or court order to do so no matter what was on it, This thumb drive is protected by Attorney-client-privilege and MR. Maldonado's Religiouse Sacred property Rights that are protected by The U.S. and Florida constitution, Jail policy Does not override case law, or The constitutional Rights of U.S. Citzens.

It is also more likely Deputy's will lie as say they only looked at Folder 99 which is Exhibit Discovery Evidence Related to MR. Maldonado civil cases's That the Nassau county Jail is fully aware Of, and No matter what MR. Howard Jones inmate Jail Deputy's had No Legal Right to Access MR. maldonado Drive, without him being present to give consent, and in by Doing So Deputy's Denied MR. Maldonado DueProcess OF LAW and will now try to coverup These un-constitutional illegal Action's under The color of Law by given MR. maldonado A ticket (DR) For Allesly Violating Jail policys. Furthermore MR. Maldonado was not in possession OF Pornography material, possession would Apply, MR. Maldonado was in Control, and The only people That had possession OF MR. maldonado's U.S.B. Drive was Deputy Edgy and Sgt Hivers S, MR. maldonado cannot be charged for Something he did not have in his possession At the time The Allegation's were made Against him.

See [Exhibit 22]   AM Exhibit Z-3



# Incident Report

### Incident: 2020-00000971

Nassau County Sheriff's Office
ORI Number:          FL0450000

Print Date/Time:   08/13/2020 10:40
Login ID:            lockhart1396
Report Template:   DISCIPLINARY

## Details

| | | | | |
|---|---|---|---|---|
| Incident Type: | Disciplinary | Reporting Officer: | 725 - EDGY | Assigned To: |
| Incident Date/Time: | 08/10/2020 12:52 PM | Reported Date/Time: | 08/10/2020 12:52 PM | Assigned Date: |
| Incident Location: | Administration | | | |
| Description: | Possession of Pornography Material | | | |

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| MALDONADO, SAMUEL | Offender | 2020-00001033 | N |

## Subject Charges

## Activity

## Violations

| | | | |
|---|---|---|---|
| Seq Number:   1 | Violator:   MALDONADO, SAMUEL | Violation: | 6-02 Refuse To Obey Rules |
| Location: | | Requires Reclassification: | N |
| Seq Number:   2 | Violator:   MALDONADO, SAMUEL | Violation: | 3-22 Poss Nude Or Porn Items |
| Location: | | Requires Reclassification: | N |

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On August 10, 2020, I Sgt Edgy was instructed by Captain DeLuca to retrieved inmate Maldonado, Samuel thumb drive and bring it to her. On August 9, 2020 Alpha Shift conducted a shake down of C-200 and several pornography photos were found in the pod printed from a printer, an anonymous inmate advised that the photos came from inmate Maldonados thumb drive (Incident Report 2020-963). Captain Deluca, Lieutenant Nye and I inspected the thumb drive, file folder 99 had twenty (20) videos and pictures, file folder New Folder had thirty-four (34) pictures. The thumb drive was then relinquished to Captain DeLuca.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

Date: _____

Signature: _____

Date: _____

Reviewed: _____

Date: _____

Medical Notified: _____ YES _____ NO

Page: 1 of 1

Exhibit 22

# AFFIDAVIT

I Hereby Certify under the Laws of The U.S. that Foleder #99 on my legal U.S.B. Was For Cort Discovery Evidence, These Documents were placed on my legal U.S.B Drive and is protected by Attorney-Client privilege and should have never been accessed with out A Cort order or MR. Maldonado consent, by accessing MR. Maldonado Drive while in Nassau county Possession and not MR. Maldonado Deputys Also Violated MR. Maldonado's Religious Rights to property, A muslim property is sacred and may Not be gone thru with out consent, Deputys had Access to medical Records and legal Information and Accessed this without consent. Furthermore At No time what so ever Did I give inmate Howard Jones The Anonymous inmate Any photos, nor did I give him consent to Steal my Legal Documents That were clearly Addressed to The clerk of court and marked legal mail

_____

**Signature:** _Hamza Maldonado_
(Signature)

**Printed Name:** Hamza Maldonado Formerly Known As Samuel Maldonado

State of **FLORIDA**
County of ~~Leon~~ NASSAU )

The foregoing instrument was acknowledged by me this _____ day of ~~March~~ Aug, 2020. By: _____ who is/are personally known by me or who has/have produced: _____ as identification and who did ~~not~~ take an oath.

/s/ _____
Notary Public
State of **FLORIDA**

(SEAL)                                         My Commission Expires:

Exhibit
2-3

2 | P a g e

Other Facts of this Case
Related to Access of court
and Attorney Protected Information

1) Captain, DeLuca has violated MR. Maldonndo constitutional Rights for months
Denied Him, the ability to have Affindavits Notarized with out her Reading
the Legal Document

2) She has Read legal mail and Documents with out consent. MS Deluca has No
legal Right to Read court legal Documents or Sworn Affindavits

3) every time mr. maldonndo needs a legal Document Notarized or copied, the ~~Notary~~ Notary
tells Mr. maldonndo she has to get the captain to oK it, this is an Illegal pratice
and a Abuse of power MS DeLuca has No Right or Say No over what legal court
Document or ~~Document~~ Affindavits can be Notarized.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was

served this ᵗʰ day of Aug 2020 via U.S. Mail to the following recipient:

Clerk of the Circuit court
Nassau County
76347 Veterans way Suite 456
Yulee, FL 32097

RESPECTFULLY SUBMITTED.

*Hamza Esa Maldonado.*

COUNSEL OF RECORD
CIVIL RIGHTS LITIGATION
ADVOCATE OF NYC

/s/HAMZA MALDONADO
From: HAMZA MALDONADO
Civil Rights Litigation
Advocate of NYC

Hamza Maldonado 75970
Nassau County Detention Center
76212 Nicholas Cutinha Rd.
Yulee, FL 32097

**JAILHOUSE LAWYER**

Civil Activist Against
Systemic Racism
and Injustice